UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
WILSON, RYAN C  
YOUNGBLOOD-WILSON, COURTNEY L

Case No.: 17-18796 (VFP)  
Chapter: 7  
Judge: VINCENT F. PAPALIA

### NOTICE OF PROPOSED ABANDONMENT

Jay L. Lubetkin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable VINCENT F. PAPALIA on AUGUST 8, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 15 Beach Drive<br>Montague, NJ 07827<br><br>Current Market Value: $165,000.00 |
|---|---|

| Liens on property: | $164,659.00 |
|---|---|

| Amount of equity claimed as exempt: | $341.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: /s/Jay L. Lubetkin, Chapter 7 Trustee  
FIRM NAME: Rabinowitz, Lubetkin & Tully, L.L.C.  
ADDRESS: 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039  
TELEPHONE NO: (973) 597-9100  
SUBMITTED BY: Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100  
DATED: July 10, 2017

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-18796-VFP
Ryan C Wilson                                                         Chapter 7
Courtney L Youngblood-Wilson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jul 10, 2017
                              Form ID: pdf905          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2017.
db/jdb         +Ryan C Wilson,    Courtney L Youngblood-Wilson,    15 Beach Drive,    Montague, NJ 07827-3221
516797366      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
516797368     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516797367      +Cap1/bstby,    50 Northwest Point,    Elk Grove Village, IL 60007-1032
516797370      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516797372      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
516797373      +Edfinancial Svcs,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
516797375      +Mohela/dept Of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
516797376      +Roundpoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
516797380      +Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 10 2017 23:25:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 10 2017 23:25:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:26
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516797369      +E-mail/Text: bk.notifications@jpmchase.com Jul 10 2017 23:25:49      Chase Auto Finance,
                 PO Box 901076,    Fort Worth, TX 76101-2076
516797371      +E-mail/Text: electronicbkydocs@nelnet.net Jul 10 2017 23:25:59      Dept Of Education/neln,
                 3015 Parker Rd,    Aurora, CO 80014-2904
516797374      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 10 2017 23:25:24      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516797377      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:26      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
516797378      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:46      Syncb/paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
516797379      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:46      Syncb/tjx Cos,    Po Box 965005,
                 Orlando, FL 32896-5005
516798684      +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2017 23:28:46      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    First Guaranty Mortgage Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James C. Zimmermann    on behalf of Debtor Ryan C Wilson jim@jzlawyer.com,    jim@jzlawyer.com
              James C. Zimmermann    on behalf of Joint Debtor Courtney L Youngblood-Wilson jim@jzlawyer.com,
               jim@jzlawyer.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 10, 2017
                              Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Jay L. Lubetkin   on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                        TOTAL: 6